IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| AMY DUNN, individually and as the natural parent of DANIELLE DEMONBREUN, JAMES DUNN and RONALD CURTIS PATTERSON,<br><br>    Plaintiffs,<br><br>v.<br><br>COLUMBIA NATIONAL INSURANCE COMPANY,<br><br>    Defendants. | )<br>)<br>)<br>)  CIVIL ACTION<br>)  FILE NO.: 2:17-CV-00246-RWS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFFS' JOINT
## CERTIFICATE OF INTERESTED PERSONS
## AND CORPORATE DISCLOSURE STATEMENT

On behalf of all plaintiffs, and pursuant to Local Rule 3.3, Ronald Curtis Patterson submits the following:

(1) The undersigned counsel of record certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

    Amy Dunn, individually and as natural parent of Danielle Demonbreun

    James Dunn

    Ronald Curtis Patterson

Columbia National Insurance Company

Plaintiffs are unaware whether any parent corporation or publicly held corporation own 10% or more of Columbia National Insurance Company.

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

> SLAPPEY & SADD, LLC
> Richard E. Dolder, Jr., Esq.
> James ("Jay") Sadd, Esq.
>
> STEWART, MELVIN & FROST, LLP
> Mark W. Alexander, Esq.
>
> SAMMONS & HENNEKE
> Daniel J. Sammons, Esq.
>
> BRENNAN, WASDEN & PAINTER, LLC
> Wiley A. Wasden, III, Esq.
> Travis D. Windsor, Esq.

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

<u>For Plaintiff Ronald Curtis Patterson:</u>

Richard E. Dolder, Jr.
James ("Jay") Sadd
SLAPPEY & SADD, LLC
352 Sandy Springs Circle

Atlanta, GA 30328

For Plaintiffs Amy Dunn, Danielle Demonbreun and James Dunn:

Mark W. Alexander
STEWART, MELVIN & FROST, LLP
P.O. Box 3280
Gainesville, GA 30503

Daniel J. Sammons
SAMMONS & HENNEKE
210 Washington Street, #208
Gainesville, GA 30503

For Defendant Columbia National Insurance Company:

Travis D. Winder
Wiley A. Wasden, III
BRENNAN, WASDEN & PAINTER, LLC
P.O. Box 8047
Savannah, GA 31412


Respectfully submitted on January 9, 2018.

    */s/ Richard E. Dolder*
    James (Jay) Sadd
    Georgia Bar No. 066010
    Richard E. Dolder, Jr.
    Georgia Bar No. 220237
    SLAPPEY & SADD
    352 Sandy Springs Circle
    Atlanta, Georgia 30328
    (404) 255-6677 (Office)
    (404) 255-7340 (Facsimile)
    Attorneys for Mr. Patterson

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing **Plaintiffs' Joint Certificate of Interested Persons and Corporate Disclosure Statement** was filed electronically with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the attorneys of record for all parties. I further certify that the foregoing was prepared in Times New Roman 14pt font and otherwise complies with Local Rule 5.1.

Respectfully submitted January 9, 2018.

>*/s/ Richard E. Dolder*
>Richard E. Dolder
>Georgia Bar No. 220237
>SLAPPEY & SADD, LLC
>352 Sandy Springs Circle
>Atlanta, Georgia 30328
>(404) 255-6677 (Office)
>(404) 255-7340 (Facsimile)
>rich@lawyersatlanta.com
>Attorney for Mr. Patterson