IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| AMY DUNN, individually and as the Natural parent of DANIELLE DEMONBREUN, JAMES DUNN and RONALD CURTIS PATTERSON, | ) ) ) ) ) | |
| Plaintiffs, | ) ) ) | Civil Action No. 2:17-CV-00246-RWS |
| v. | ) ) ) | |
| COLUMBIA NATIONAL INSURANCE COMPANY, | ) ) ) ) | |
| Defendants. | ) | |

**CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

1.  The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

Columbia National Insurance Company is a wholly owned subsidiary of Columbia Insurance Group and Columbia Mutual Insurance Company, a mutual company;

Amy Dunn, individually and as the natural parent of Danielle Demonbreun;

1

James Dunn; and

Ronald Curtis Patterson

2. The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

Columbia National Insurance Company is a wholly owned subsidiary of Columbia Insurance Group and Columbia Mutual Insurance Company, a mutual company.

3. The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

Wiley A. Wasden, III
Travis D. Windsor
Brennan, Wasden & Painter LLC
PO Box 8047
Savannah, GA 31412
*Attorneys for Defendant Columbia National Insurance Company*

Mark W. Alexander
Stewart Melvin & Frost, LLP
Post Office Box 3157
Gainesville, GA 30503
*Attorney for Plaintiffs Amy Dunn, individually and as the natural parent of Danielle Demonbreun and James Dunn*

Daniel J. Sammons
Sammons & Henneke
210 Washington Street, #208
Gainesville, GA 30503
*Attorney for Plaintiffs Amy Dunn,
individually and as the natural parent of
Danielle Demonbreun and James Dunn*

Richard E. Dolder, Jr.
James Sadd
Slappey & Sadd, LLC
352 Sandy Springs Circle
Atlanta, GA 30328
*Attorneys for Plaintiff Ronald Curtis
Patterson*

    Submitted this 10th day of January, 2018.

                              BRENNAN, WASDEN & PAINTER LLC

                              By:  /s/ Travis D. Windsor
                                    Wiley A. Wasden, III
                                    State Bar No. 738750
                                    Travis D. Windsor
                                    State Bar No. 770441
                                    *Attorneys for Columbia National
                                    Insurance Company*

Post Office Box 8047
Savannah, Georgia 31412
(912) 232-6700
FAX (912) 232-0799
wwasden@brennanwasden.com
twindsor@brennanwasden.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| AMY DUNN, individually and as the Natural parent of DANIELLE DEMONBREUNM, JAMES DUNN and RONALD CURTIS PATTERSON, )<br><br>Plaintiffs, )<br><br>v. )<br><br>COLUMBIA NATIONAL INSURANCE COMPANY, )<br><br>Defendants. ) | Civil Action No.<br>2:17-CV-00246-RWS |

## CERTIFICATE OF SERVICE

This is to certify that I have on this day served all parties in this case with copy of this **Certificate of Interested Persons and Corporate Disclosure Statement** on the Court's CM/ECF system, which will send notice of its filing to all parties in accordance with the notice of electronic filing ("NEF") that is generated as a result of electronic filing in this Court.

Richard E. Dolder, Esq.
James (Jay) Sadd, Esq.
Slappy & Sadd, LLC
352 Sandy Springs Cir.
Atlanta, GA 30328
rich@layersatlanta.com
jay@lawyeratlanta.com

David J. Sammons, Esq.
Sammons & Henneke
P.O. Box 3157
Gainesville, GA 30503
mtnlawdog@yahoo.com

Mark W. Alexander, Esq.
Stewart, Melvin & Frost, LLP
P.O. Box 3280
Gainesville, GA 30503
malexander@smf-law.com

This 10th day of January, 2018.

                      BRENNAN, WASDEN & PAINTER, LLC

               BY:   /s/ Travis D. Windsor
                    Wiley A. Wasden, III
                    State Bar No. 738750
                    Travis D. Windsor
                    State Bar No. 770441
                    *Attorneys for Columbia National Insurance Columbia*

P.O. Box 8047
Savannah, GA 31412
(912) 232-6700
(912) 232-0799 – FAX
wwasden@brennanwasden.com
twindsor@brennanwasden.com