IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| AMY DUNN, individually and as the natural parent of DANIELLE DEMONBREUN, JAMES DUNN and RONALD CURTIS PATTERSON, <br><br> Plaintiffs, <br><br> v. <br><br> COLUMBIA NATIONAL INSURANCE COMPANY, <br><br> Defendants. | CIVIL ACTION <br> FILE NO.: 2:17-CV-00246-RWS |

**PLAINTIFF RONALD CURTIS PATTERSON'S
SUPPLEMENTAL INITIAL DISCLOSURES
REGARDING COLLATERAL ESTOPPEL**

Plaintiff Ronald Curtis Patterson ("Mr. Patterson") makes the following supplemental initial disclosures:

**2. Describe in detail all statutes, codes, regulations, legal principles, standards and customs or usages, and illustrative case law which plaintiff contends are applicable to this action.**

Collateral estoppel precludes re-litigation of law or fact already litigated between the parties or their privies. *Kent v. Kent*, 265 Ga. 11, 452 S.E.2d 764 (1995). Federal courts apply collateral estoppel principles to Georgia rulings when

(1) an identical issue, (2) between identical parties, (3) was actually litigated and (4) necessarily decided, (5) on the merits, (6) in a final judgment, (7) by a court of competent jurisdiction.  *Community State Bank v. Strong*, 651 F.3d 1241, 1263 (11th Cir. 2011).  A liability insurer is in privity with its insured and is collaterally estopped from re-litigating issues decided in the underlying tort case against the insured, even though the insurer was not a party.  *ACIC v. Gardenhire*, 248 Ga.App. 42, 545 S.E.2d 182 (2001).

Mr. Patterson supplements his disclosures to advise the Court and parties that Columbia may be collaterally estopped from asserting in this lawsuit issues decided by the court in the Underlying Lawsuit.

Respectfully submitted on March 7, 2018.

>  */s/ Richard E. Dolder*
> James (Jay) Sadd
> Georgia Bar No. 622010
> Richard E. Dolder
> Georgia Bar No. 220237
> SLAPPEY & SADD, LLC
> 352 Sandy Springs Circle
> Atlanta, Georgia 30328
> (404) 255-6677 (voice)
> (404) 255-7460 (facsimile)
> jay@lawyersatlanta.com
> rich@lawyersatlanta.com
> Attorneys for Mr. Patterson

## CERTIFICATE OF SERVICE

The foregoing **Plaintiff Ronald Curtis Patterson's Supplemental Initial Disclosures Regarding Collateral Estoppel** was filed electronically with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the attorneys of record for all parties.  I further certify that the foregoing was prepared in Times New Roman 14pt font and otherwise complies with Local Rule 5.1.

Respectfully submitted March 7, 2018.

/s/ Richard E. Dolder
Richard E. Dolder
Georgia Bar No. 220237
SLAPPEY & SADD, LLC
352 Sandy Springs Circle
Atlanta, Georgia 30328
(404) 255-6677 (telephone)
rich@lawyersatlanta.com
Attorney for Mr. Patterson