**13307115**

DAVID HUBBARD

STATE: GA

CLAIM NUMBER: 13307115

DATE OF LOSS: June 7, 2013

4/18/14 Opened in Amicus.

There is an Umbrella - CUPGA0000026827

Reserves: 02 - BI (Amy Dunn) $65K

      03 - BI (James Dunn) $30K

      04 - BI (Danielle Demonbrun) $10K

      99 - Lit Exp. $25K

Why Lit? [redacted]

[redacted]

Clmts are Amy and James Dunn and Amy's child, Danielle Demonbrum.

Danielle's meds - $2753

James Dunn's - $15,404.42

Amy Dunn's - $14,443.56  Amy complains of loss of smell and taste.

Insured driver hit 3 pedestrians in Walmart Parking lot.

Separate coverage file being set up, also.

Diaried to 5/3/14.jch

4/18/14 E-mailed [redacted] to DC.jch

4.21.14- [redacted]

4/21/14 [redacted] to DC.jch

4/21/14 I e-mail DC [redacted]

4/21/14 Atty acknowledgement for suit received.jch

5/2/14- call from agent about case - [redacted]

5/5/14- I return Angela's call at 404-982-2414 at Yates Insurance and [redacted]

**EXHIBIT L**

COL-002186

5/7/14- ▇

▇

5/15/14- we file our Answer

5/27/14- Richie reports ▇

6/23/14- SF atty tries to subpoena our claims file! ▇

7/23/14- ▇

8/19/14- subpoena rec'd for our file contents from SF attorney- ▇

8/20/14- ▇

9/30/14- ▇

10/7/14- another subpoena request from SF atty who claims not to have been responded to. ▇

12/3/14- ▇

12/30/14- ▇

12/31/14- ▇

3/5/15- tc with Richie- ▇

3/6/15- receipt of depo summary of our corporate rep. ▇

3/12/15- Lawson employees' depo summaries- ▇

3/31/15- ▇

4/27/15- we get depos of the pltfs. ████████████████████████████████████
████████████████████████████████████████████████████████████████

6/4/15- MSJ hearing now set for 7/17/15

6/17/15- ████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████

6/22/15- we are advised by coverage counsel ████████████████████████████
████████

We also got pltf's response to our MSJ.  The hearing is now set for July 17. ████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████

7/6/15- ████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████

7/25/15- ███████████████████████████████████████████████████████████
██████████████████████████████.

9/3/15- Report on hearing on msj from Richie- █████████████████████████████
███████████████████████████.

9/15/15- update by Richie ████████████████████████████████████████████
██████████████████████████████████████

10/28/15- ██████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████

10/29/15- ████████████████████████████████████████████████████████████.

11/13/15- I  ask Richie █████████████████████████████████████████████

11/19/15- we set mediation for Jan 5- I will attend by phone

1/5/16- █████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████

1/7/16- I ask Janice to issue settlement payments

1/7/16 Payment instructions were unclear.  ████████████████████████

1/7/16 Lien to Northeast Georgia Medical Center found in the file for James Dunn and Danielle Demonbren. ████████
████████████████████████████████████████████████████████████████

1/21/16 E-mailed DC ████████████████████████████████████████

1/21/16 DC replied ████████████████████████████████████████████████████

1/21/16 Issued (3) settlement drafts per DDH.jch

Case 2:17-cv-00246-RWS   Document 49-12   Filed 10/10/18   Page 4 of 4

2/20/16- closing documents rec'd- closing this file.

2/23/16  E-mailed Jackie Pauls to do a search for the SSN for both  James Dunn and Danielle Demonbrum.  Cannot close file until this info is rec'd and the query runs next month.jch

2/23/16 Jackie updated ssn and dob info.  Will need query date and then can close.jch

2/24/16 Query date to close file is 3/7/16.  Will have to wait 15 days after this date to close.jch

3/23/16 Closed file per DDH.jch

5/10/16- ███████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████

6/28/16- ███████████████████████████████████████████████████████.

COL-002189