IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

AMY DUNN, individually and as
the natural parent of DANIELLE
DEMONBREUN, JAMES DUNN,
and RONALD CURTIS
PATTERSON,

      Plaintiffs,

v.

COLUMBIA NATIONAL
INSURANCE COMPANY,

      Defendant.

:
:
:
:
:   CIVIL ACTION NO.
:   2:17-CV-0246-RWS
:
:
:
:
:
:

## ORDER

This case is before the Court for consideration of Curt Patterson's Motion to Compel Claim Files and Other Documents [49]. Plaintiffs Amy Dunn, James Dunn, and Danielle Demonbreun have filed a motion [52] seeking to join Patterson's Motion to Compel. However, as those Plaintiffs did not serve any discovery on Defendant, they have no basis for seeking a order to compel. Accordingly, their motion [52] is **DENIED**.

Turning to Patterson's Motion, the Court finds that Plaintiff has made a sufficient showing to warrant an *in camera* review of certain documents. The motion [49] is therefore **GRANTED**, such that Defendant is ordered to submit

AO 72A
(Rev.8/82)

to the Court, within 21 days, the following documents, in unredacted form:

(1) Hubbard's claim notes - Exhibit L to Patterson's Motion [49-12];

(2) Highlighted communications in Exhibit K to Patterson's Motion [49-11]. The Court notes that in Exhibit K, the privilege asserted by Defendant as to each communication is stated. With its submission to the Court, Defendant may further explain the grounds asserted as to any communication, if it wishes;

(3) Portions of Hubbard's claim file containing information about or from the Barczykowski coverage investigation.

**SO ORDERED**, this 13th day of December, 2018.

RICHARD W. STORY
UNITED STATES DISTRICT JUDGE