```
                IN THE STATE COURT OF HALL COUNTY

                        STATE OF GEORGIA



Amy & James Dunn              :

    vs.                       : 2014-SV-200-Z

Ronald Patterson              :



                        VERBATIM RECORD
            TAKEN BEFORE THE HONORABLE LARRY A. BALDWIN, II
                       STATE COURT JUDGE
                         JUNE 29, 2016
```

**On Behalf of the Plaintiff:**
Mark W. Alexander, Attorney at Law
Stewart Melvin & Frost LLP
200 Maine Street Suite 600
PO Box 3280
Gainesville, GA 30503

Daniel J. Sammons, Attorney at Law
210 Washington Street W., Suite 208
Gainesville, GA 30501=3648

**On Behalf of the Defendant:**
David C. Sawyer, Attorney at Law
1700 Atlanta Plaza
950 East Paces Ferry Road
Atlanta, GA 30326

Philip M. Williams, Attorney at Law
4560 Place Lane
Atlanta, GA 30360

*GINGER L. RABERN, C.C.R.*
*Hall County State Court*
*P.O. Box 3303*
*Gainesville, GA 30503*
*(678) 450-3720*

EXHIBIT D

1     **MR. WILLIAMS**: I don't believe it directly says that,
2     no, Sir.  Lastly, I believe it's premature for the
3     plaintiff's to be arguing what they are.  We need to
4     determine today whether or not Columbia Insurance Company
5     has coverage for defendant Patterson in this case.  That is
6     not the way it works.  This is a case of just not allowing
7     direct actions against an insurance company to do that
8     except in extremely limited circumstances set forth in the
9     statute which was cited in the brief.  That's exactly what
10    they are wanting to do.  They are trying to jump the gun.
11    They want to get the coverage determination before they get
12    the judgment.  It doesn't work that way.  It just not the
13    way the law works in Georgia.
14        In order for them to bring their action against
15    Columbia, they have to first obtain a judgment against the
16    reported insured defendant, in this case Mr. Patterson.  We
17    are a long way from that right now.  He is in default.
18    Clearly negligence is not going to be an issue.  But,
19    damages certainly are.  So, until that final judgment is
20    entered we shouldn't even be talking about coverage of
21    Columbia right now.  That is just not a relative aspect of
22    it.  They are asking this Court to do something that it
23    shouldn't be doing.  It really doesn't have the right to
24    come in.  We are not even a party to that.  Columbia's not
25    even a party to this case.  It just should not happen in

| | |
|---|---|
| 1 | this juncture of the litigation for the coverage to be |
| 2 | determined.  That comes later.  Case law is perfectly clear |
| 3 | that that is how it should be done. |
| 4 | I don't want to rehash the arguments that have been |
| 5 | made by counsel for the defendant.  But, I think he's |
| 6 | correct in his interpretation of Richmond and what those |
| 7 | cases say.  There isn't anything in those cases that |
| 8 | specifically prohibit an insurance company from paying for |
| 9 | defense even after they have denied coverage.  Because that |
| 10 | is it.  Anybody can pay.  I can pay it out of my pocket if |
| 11 | I wanted to.  If he had a relative or friend that wanted to |
| 12 | loan him the money to do it, they can do it.  There is |
| 13 | certainly no reason why the money that is funding the |
| 14 | defense for this defendant can't be paid for by anybody who |
| 15 | volunteers to do so period, it doesn't matter as long as |
| 16 | 1.8 is followed.  Which, as I said, there's no evidence |
| 17 | that would indicate in any way that it has not been |
| 18 | followed. |
| 19 | It is interesting that counsel for the Plaintiff |
| 20 | argues that they don't want to deny Mr. Patterson his right |
| 21 | to counsel.  But, yet they know fully well that Mr. |
| 22 | Patterson has no financial means to pay for counsel.  ==The== |
| 23 | ==only way he is going to be represented in this case is if== |
| 24 | ==it's paid for by somebody else.==  In this case, the party |
| 25 | that has volunteered to do that happens to be Columbia |