IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| AMY DUNN, individually and as the natural parent of DANIELLE DEMONBREUN, JAMES DUNN and RONALD CURTIS PATTERSON,<br><br>    Plaintiffs,<br><br>v.<br><br>COLUMBIA NATIONAL INSURANCE COMPANY,<br><br>    Defendants. | CIVIL ACTION<br>FILE NO.: 2:17-CV-00246-RWS |

## NOTICE OF SETTLEMENT

Plaintiffs Amy Dunn, individually and as the natural parent of Danielle Demonbreun, and James Dunn ("the Dunn Family"), Plaintiff Ronald Curtis Patterson ("Mr. Patterson") and Defendant Columbia National Insurance Company ("Columbia") respectfully provide notice to the Court that the parties have resolved all claims in this action to their mutual satisfaction.

Respectfully submitted on December 17, 2019 by:

| | |
|---|---|
| */s/ Richard E. Dolder* | */s/ Stephen J. Rapp* |
| James (Jay) Sadd | Stephen J. Rapp |
| Georgia Bar No. 622010 | Georgia Bar No. 103806 |
| Richard E. Dolder, Jr. | John C. Bonnie |
| Georgia Bar No. 220237 | Georgia Bar No. 067540 |
| SLAPPEY & SADD | WEINBERG, WHEELER, |
| 352 Sandy Springs Circle | HUDGINS GUNN & DIAL, LLC |
| Atlanta, Georgia 30328 | 3344 Peachtree Road, NE |
| (404) 255-6677 (telephone) | Suite 2400 |
| jay@lawyersatlanta.com | Atlanta, Georgia 30326 |
| rich@lawyersatlanta.com | (404) 876-2700 (telephone) |
| Attorneys for Mr. Patterson | srapp@wwhgd.com |
| | Attorneys for Columbia |

*/s/ Mark W. Alexander*
Mark W. Alexander
Georgia Bar No. 008930
STEWART, MELVIN
& FROST, LLP
Post Office Box 3280
Gainesville, Georgia 30503
(770) 536-0101 (telephone)
malexander@smf-law.com

Daniel J. Sammons
Georgia Bar No. 623545
SAMMONS & HENNEKE
Post Office Box 3157
210 Washington Street #208
Gainesville, Georgia 30503
(770) 535-8488 (telephone)
mtnlawdog@yahoo.com
Attorneys for the Dunn Family

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the forgoing **Notice of Settlement** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the attorneys of records for all parties. I further certify that the foregoing was prepared in Times New Roman 14pt font and otherwise complies with Local Rule 5.1.

Submitted on December 17, 2019.

> */s/ Richard E. Dolder*
> Richard E. Dolder
> Georgia Bar No. 220237
> SLAPPEY & SADD, LLC
> 352 Sandy Springs Circle
> Atlanta, Georgia 30328
> (404) 255-6677 (telephone)
> rich@lawyersatlanta.com
> Attorney for Mr. Patterson