IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| AMY DUNN, individually and as the natural parent of DANIELLE DEMONBREUN, JAMES DUNN and RONALD CURTIS PATTERSON, <br><br> Plaintiffs, <br><br> v. <br><br> COLUMBIA NATIONAL INSURANCE COMPANY, <br><br> Defendants. | CIVIL ACTION <br> FILE NO.: 2:17-CV-00246-RWS |

## **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii), the parties hereto stipulate and agree that this action is hereby dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

Respectfully submitted on January 22, 2020 by:

| | |
|---|---|
| */s/ Richard E. Dolder* <br> James (Jay) Sadd <br> Georgia Bar No. 622010 <br> Richard E. Dolder, Jr. <br> Georgia Bar No. 220237 <br> SLAPPEY & SADD <br> 352 Sandy Springs Circle <br> Atlanta, Georgia 30328 <br> (404) 255-6677 (telephone) <br> jay@lawyersatlanta.com <br> rich@lawyersatlanta.com <br> Attorneys for Mr. Patterson | */s/ Stephen J. Rapp* <br> Stephen J. Rapp <br> Georgia Bar No. 103806 <br> John C. Bonnie <br> Georgia Bar No. 067540 <br> WEINBERG, WHEELER, <br> HUDGINS GUNN & DIAL, LLC <br> 3344 Peachtree Road, NE <br> Suite 2400 <br> Atlanta, Georgia 30326 <br> (404) 876-2700 (telephone) <br> srapp@wwhgd.com <br> Attorneys for Columbia |

*/s/ Mark W. Alexander*
Mark W. Alexander
Georgia Bar No. 008930
STEWART, MELVIN
& FROST, LLP
Post Office Box 3280
Gainesville, Georgia 30503
(770) 536-0101 (telephone)
malexander@smf-law.com

Daniel J. Sammons
Georgia Bar No. 623545
SAMMONS & HENNEKE
Post Office Box 3157
210 Washington Street #208
Gainesville, Georgia 30503
(770) 535-8488 (telephone)
mtnlawdog@yahoo.com
Attorneys for the Dunn Family

# CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the forgoing **Joint Stipulation of Dismissal With Prejudice** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the attorneys of records for all parties. I further certify that the foregoing was prepared in Times New Roman 14pt font and otherwise complies with Local Rule 5.1.

Submitted on January 22, 2020.

*/s/ Richard E. Dolder*
Richard E. Dolder
Georgia Bar No. 220237
SLAPPEY & SADD, LLC
352 Sandy Springs Circle
Atlanta, Georgia 30328
(404) 255-6677 (voice)
rich@lawyersatlanta.com
Attorney for Mr. Patterson